

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR0303-H |
| Plaintiff, | Booking No. 42992-298 |
| v. | |
| ANDREW JAMES PANKEY, | JUDGMENT AND ORDER OF DISMISSAL |
| Defendant. | |

Good cause appearing, the Court grants the Government's oral motion to dismiss without prejudice the Information charging Defendant Andrew James Pankey with Felon in Possession of a Firearm under Title 18 U.S.C. Sections 922(g)(1) and 924(a)(2). The Defendant is hereby discharged as to this case only and the bond is hereby exonerated.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: February 5, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-